August 1, 2025

**<u>Via ECF</u>**
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

**MEMO ENDORSED**
at page 2

Re:   <u>Vaughn Trotman v. Symere B. Woods et al.</u>, 1:25-cv-03468

Dear Judge Ramos:

Plaintiff Vaughn Trotman and Defendants Symere Woods and Uzivert, LLC (the "<u>Woods Defendants</u>") write jointly concerning Plaintiff's intent to file an Amended Complaint and to respectfully request that the Court issue the parties' proposed schedule (below) concerning the Woods Defendants' response thereto.

Pursuant to the Pre-Motion Conference held before the Court on June 17, 2025, there is presently a pending motion to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6).

As per the schedule set forth at that Conference the Woods Defendants served their motion to dismiss on July 11, 2025. (Dkt. Nos. 19-21.) Plaintiff's current deadline to submit an opposition is August 1, 2025, and Defendant's deadline to file a reply in further support of their motion is August 8, 2025.

In lieu of an opposition to such Motion Plaintiff has elected to amend his Complaint pursuant to Fed. R. Civ. P. Rule 15(a)(1)(B) and intends file same on August 1, 2025. The parties have conferred on this matter and agreed that the filing of Plaintiff's forthcoming Amended Complaint will render the pending Motion to Dismiss moot.

As such, the parties propose the following schedule concerning Plaintiff's anticipated Amended Complaint and the Woods Defendants' response thereto:

1. Plaintiff will submit his Amended Complaint on August 1, 2025;
2. The Woods Defendants will file their Answer or move to dismiss Plaintiff's Amended Complaint on or before September 2, 2025;
3. Should the Woods Defendants elect to move to dismiss Plaintiff's Amended Complaint then Plaintiff will submit an opposition to such motion on or before September 30, 2025; and
4. The Woods Defendants' will file any reply in further support of their Motion to Dismiss on or before October 14, 2025.

In light of the foregoing, the Parties respectfully request that, upon the filing of Plaintiff's Amended Complaint, Your Honor terminate the Woods Defendants' pending Motion to Dismiss as moot and enter

1

the proposed schedule concerning the Woods Defendants' response thereto. Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ Jack Berry, Esq.
**SACCO & FILLAS LLP**
Jack Berry
31-19 Newton Avenue, 7th Floor
Astoria, New York 11102
Tel.: (718) 746-3440

*Attorneys for Plaintiff Vaughn Trotman*

/s/ Joanna E. Menillo, Esq.
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Joanna E. Menillo
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849-7000

Mari Henderson (*pro hac vice*)
Julian Schoen
865 S. Figueroa Street, 10th Floor
Tel.: (213) 443-3000

*Attorneys for Defendants Symere B. Woods and Uzivert LLC*

---

The request is granted. Defendants Woods and Uzivert LLC's (the "Woods Defendants'") motion to dismiss is denied as moot; the Clerk of Court is respectfully directed to terminate the motion, Doc. 19. The Woods Defendants shall respond or move with respect to Trotman's amended complaint by September 2, 2025. Should the Woods Defendants move to dismiss, Trotman shall respond by September 30, 2025, and the Woods Defendants shall reply by October 14, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 4, 2025
New York, New York